## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **CHARLES C. MILLER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Case No. 10-4 (RJL)** |
| | ) | |
| **FEDERAL RESERVE** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER
(July /4, 2010)

On January 5, 2010, Rebecca Brown Cope, Kyle-David Asel, Charles C. Miller, and Carol Lynn Egen filed this civil action. Summons was issued on January 13, 2010. It does not appear from the record that service has been effected. On February 22, 2010, Cope, Asel, and Egen filed notice of voluntary dismissal, leaving Miller as the sole remaining plaintiff. On June 11, 2010, the Court ordered the plaintiff to show cause within 30 days of the Order why this action should not be dismissed for failure to prosecute. LCvR 83.23. To date, the plaintiff has not provided proof of service or responded to the Court's order with an explanation for his failure to do so. Accordingly, this action is dismissed without prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge